UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAMEL NORRIS,

                Plaintiff,

        -v.-

CADDIS CO., *a New York corporation doing business as Caddis NYC*, and GHS, LLC, *a New York limited liability company*,

                Defendants.

24 Civ. 9679 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court has reviewed Defendant Caddis Co.'s motion to implead Bandit Running Inc. as a third-party defendant in this action pursuant to Federal Rule of Civil Procedure 14(a) (Dkt. #21); Defendant's memorandum of law in support thereof (Dkt. #22); and the Declaration of John M. Magliery in support thereof (Dkt. #23).  The Court also understands that Plaintiff has consented to this motion.  (Dkt. #21).  The Court GRANTS the motion; Defendant may serve the proposed third-party complaint on Bandit Running Inc.

    The Clerk of Court is directed to terminate the pending motion at docket entry 21.

    SO ORDERED.

Dated:  June 25, 2025
          New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge